B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Rachael Beaudin**
                                      Debtor(s)

Case No.
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,000.00** |
   | Prior to the filing of this statement I have received | $ **2,000.00** |
   | Balance Due | $ **0.00** |

2. $ **338.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   *Representation of the debtors in any dischargeability actions, 2004 examinations, objections to exemptions or claims, judicial lien avoidances, relief from stay actions or any other contested matters or adversary proceeding and/or any other matters that arise after the bankruptcy filing other than the Trustee's Meeting (and a confirmation hearing if a Chapter 13) will be billed at the rate of $325.00 per hour, for which an additional retainer will be necessary.*

   *The following supplemental fees and costs may apply in your case:*
   *Amendments $150.00 plus $30.00 costs; Motion to Value/Strip   $750.00 plus $25.00 costs; Motion to Modify $500.00 plus $25.00 costs; Motion to Avoid Lien   $150.00 plus $35.00 costs; Motion to Sell    $500.00 plus $25.00 costs; Notice of Homestead   $300.00 plus $45.00 costs; Power of Attorney for 341 Meeting $100.00; LMM $2,500.00 plus costs of $465.00\* = $2,965.00.  See Exhibit "A" attached hereto and made a part hereof.*

In re     **Rachael Beaudin**                                    Case No.  _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 2, 2021** | **/s/ Dana Kaplan** |
| Date | **Dana Kaplan 44315** |
| | *Signature of Attorney* |
| | **Kelley, Fulton & Kaplan, P.L.** |
| | **1665 Palm Beach Lakes Blvd** |
| | **The Forum - Suite 1000** |
| | **West Palm Beach, FL 33401** |
| | **561-491-1200  Fax: 561-684-3773** |
| | **dana@kelleylawoffice.com** |
| | *Name of law firm* |

# EXHIBIT "A"

## CONTINUATION TO STATEMENT PURSUANT TO RULE 2016(b)

Additional services, such as 2004 Examinations, extraordinary procedures, amendments, contested matters, adversary proceedings and/or any other matters that arise after the bankruptcy filing other than the Trustee's Meeting (and a confirmation hearing if a Chapter 13 case) will be billed at $350.00 per hour for attorney fees and $135.00 per hour for paralegal fees, for which a retainer will be required. The Debtor consents to the withdrawal of the undersigned attorney if a retainer and/or attorney's fees and costs are not paid pursuant to this provision upon demand.

DEBTOR:

*Rachael Beaudin* (DocuSigned)

Rachael Beaudin

Date: 12/2/2021

CO–DEBTOR:

Date: _____

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

KELLEY & FULTON, P.L.
Attorneys for the Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By: _____
Dana Kaplan, Esquire
Florida Bar No.: 44315

Date: 12/2/2021